

**ORDERED in the Southern District of Florida on July 7, 2022.**

_____
**Mindy A. Mora, Judge
United States Bankruptcy Court**

_____

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION**

| | |
|---|---|
| **In Re:** | **CASE NO.: 21-20416-MAM** |
| | **Chapter 7** |
| **CLIFFORD RYAN MORRIS,** | |
|     Debtor. | |
| _____/ | |

**AGREED EX PARTE ORDER GRANTING TRUSTEE'S AGREED
EX PARTE MOTION FOR EXTENSION OF TIME
IN WHICH TO OBJECT TO DEBTOR'S DISCHARGE [ECF NO. 120]**

THIS MATTER having come before the Court in West Palm Beach, Florida, pursuant to the *Trustee's Agreed Ex Parte Motion for Extension of Time in Which to Object to Debtor's Discharge* [ECF No. 120], the Court having reviewed the motion, having noted that the parties are in agreement to the entry of this order, and the Court being otherwise fully advised in the premises, it is

ORDERED AND ADJUDGED as follows:

1. The *Trustee's Agreed Ex Parte Motion for Extension of Time in Which to Object to Debtor's Discharge* is GRANTED.

2. Deborah C. Menotte, Trustee in Bankruptcy for Clifford Ryan Morris shall have up through and including August 8, 2022 in which to object to the Debtor's discharge.

###

Submitted by:
Michael R. Bakst, Esq.
CityPlace Tower
525 Okeechobee Blvd., Suite 900
West Palm Beach, FL 33401
T: (561) 838-4523   F:   (561) 514-3423
Email: michael.bakst@gmlaw.com

**[Michael R. Bakst, Esq. is directed to serve a copy of this order on all interested parties and file a certificate of service]**