UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In re:

CLIFFORD RYAN MORRIS,

        Debtor.
_____/

Case No.: 21-20416-MAM
Chapter 7

**MELAND BUDWICK, P.A.'S**
**_AMENDED[1] NOTICE OF APPEARANCE AND RESERVATION OF RIGHTS_**

**PLEASE TAKE NOTICE** that the law firm of Meland Budwick, P.A. (the "**_Firm_**") files its appearance as counsel for creditors Mingyi Zhao, Yan Yue, Jiapeng Hao, Jiqin Liu, Kang Wu, Laisuo Yin, Lin Gu, Pingwen Hu, Qiang Xu, Shifen Tan (**_"Creditors"_**), in the above-captioned case. Pursuant to § 1109(b) and all other applicable provisions of the Bankruptcy Code and Bankruptcy Rules 2002 and 9010, Creditors request that all notices and other papers required to be served in this case be given to and served upon the following:

Michael S. Budwick, Esquire
Fla. Bar No. 938777
mbudwick@melandbudwick.com
Joshua W. Dobin, Esq.
Florida Bar No. 093696
jdobin@melandbudwick.com
MELAND BUDWICK, P.A.
3200 Southeast Financial Center
200 South Biscayne Boulevard
Miami, Florida 33131
Telephone: (305) 358-6363
Facsimile: (305) 358-1221

---

[1] Amended solely to remove Siong Wenlin, a party that was inadvertently included to the list of Creditors represented by the Firm. Siong Wenlin is not a current client and has never been represented by Meland Budwick, P.A.

1

Please take further notice that, pursuant to §§ 2002 and 9010 and all other applicable provisions of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the rules specified above, but also includes, without limitation, notices and other papers as to any application, complaint, demand, hearing, motion, petition, pleading or request, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telex, or otherwise filed with regard to the above-referenced proceeding.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served on September 16, 2022, via the Court's Notice of Electronic Filing upon the Registered Users listed on the attached **Exhibit 1**.

*/s/Joshua W. Dobin*
Michael S. Budwick, Esquire
Florida Bar No. 938777
mbudwick@melandbudwick.com
Joshua W. Dobin, Esq.
Florida Bar No. 093696
jdobin@melandbudwick.com
MELAND BUDWICK, P.A.
3200 Southeast Financial Center
200 South Biscayne Boulevard
Miami, Florida 33131
Telephone: (305) 358-6363
Facsimile: (305) 358-1221

Attorneys for Creditors Mingyi Zhao, Yan Yue, Jiapeng Hao, Jiqin Liu, Kang Wu, Laisuo Yin, Lin Gu, Pingwen Hu, Qiang Xu, Shifen Tan

# Exhibit 1

**Mailing Information for Case 21-20416-MAM**

**Electronic Mail Notice List**

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- **Michael R. Bakst** efileu1094@gmlaw.com, ecf.alert+bakst@titlexi.com;efileu1092@gmlaw.com;efileu2170@gmlaw.com;efileu386@gmlaw.com;Melissa.bird@gmlaw.com;efileu2831@gmlaw.com;efileu3214@gmlaw.com
- **Alan Barbee** abarbee@brileyfin.com
- **Rilyn A Carnahan** rilyn.carnahan@gmlaw.com, efileu1089@gmlaw.com;efileu2170@gmlaw.com;efileu1094@gmlaw.com;melissa.bird@gmlaw.com;efileu2831@gmlaw.com
- **Joshua W Dobin** jdobin@melandbudwick.com, ltannenbaum@melandbudwick.com;mrbnefs@yahoo.com;ltannenbaum@ecf.courtdrive.com;jdobin@ecf.courtdrive.com;ltannenbaum@ecf.courtdrive.com;phornia@ecf.courtdrive.com
- **Deborah Menotte** menottetrustee@gmail.com, ecf.alert+Menotte@titlexi.com
- **Kenneth R Noble** ray@noblelawfirmpa.com, raynoble3@gmail.com;yuleidyl@gmail.com
- **Office of the US Trustee** USTPRegion21.MM.ECF@usdoj.gov
- **George L Sigalos** glsassistant@simonsigalos.com, gmackey@simonsigalos.com
- **Michael W. Simon** msimon@simonsigalos.com
- **Steve D Tran** bk@exllegal.com

**Manual Notice List**

> **Mirzam Land Investment, LLC**
> Attn: Clifford Morris
> 5558 Force Four Parkway, Ste. 200
> Orlando, FL 32839
>
> **Mirzam Venture Capital, LLC**
> Attn: Clifford Morris
> 5558 Force Four Parkway, Ste. 200
> Orlando, FL 32839